IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

    Plaintiff,

v.

LEE GREEN, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT PRINCIPE ONLY**

---

The court construes Plaintiff's Motion to Dismiss Defendant Joseph Principe as a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice as to defendant Principe only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 13, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge