IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 95-cv-2242-WDM-BNB

FERNANDO BUSTILLO,

    Plaintiff,

v.

LEE GREEN, *et al.*,

    Defendants.

---

**ORDER AMENDING AUGUST 26, 2005 ORDER**

---

Miller, J.

On August 26, 2005, I issued an order on objections by Plaintiff Fernando Bustillo (Bustillo) to various orders issued by Magistrate Judge Boyd N. Boland, and in doing so, ordered that the U.S. Marshal serve a subpoena on the Federal Bureau of Prisons (BOP) seeking the whereabouts of two defendants.  However, in doing so, I failed to advise BOP, who is not a party to this case, that it might move to quash the subpoenas.

Accordingly, it is ordered:

1.    My August 26, 2005 order is amended to advise the Federal Bureau of Prisons that it may move to quash the subpoena seeking information on the whereabouts of defendants Lanisch and Linen within ten days of receiving this August 29, 2005 order.

2. The Clerk of Court is ordered to provide a copy of this order to the Federal Bureau of Prisons, 320 First Street N.W., Washington, DC 20534.

DATED at Denver, Colorado, on August 29, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge