IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

Plaintiff,

v.

LEE GREEN, et al.,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the plaintiff's **Motion for a Preliminary Injunction**, filed October 21, 2005. For the following reasons, I respectfully RECOMMEND that the Motion be STRICKEN.

On October 13, 2005, the plaintiff filed a Motion for a Preliminary Injunction (the "First Motion"). The defendants have been ordered to respond to the motion. On October 21, 2005, the plaintiff filed a second Motion for a Preliminary Injunction (the "Second Motion"). The Second Motion is identical to the First Motion. The plaintiff does not offer any explanation for filing identical motions. Accordingly, I respectfully

RECOMMEND that the Motion for a Preliminary Injunction, filed October 21, 2005, be STRICKEN.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo*

review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. <u>In re Key Energy Resources Inc.</u>, 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. <u>United States v. One Parcel of Real Property</u>, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated October 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge