IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

Plaintiff,

v.

LEE GREEN, et al.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Strike Defendants' Reply to Motion for Request for Injunctive Relief and for 28 U.S.C. § 1927 Sanctions** (the "Motion"), filed November 21, 2005. The plaintiff requests that the defendants' response to his Motion for Preliminary Injunction be stricken. He further requests monetary sanctions against the defendants.

Throughout the Motion, the plaintiff accuses the defendants' counsel of lying and committing perjury. For example, the plaintiff states that "Pestal's lies and distortions knows [sic] no bounds" and "such obvious lies, distortions, and knowing misrepresentations entitled plaintiff to monetary sanctions." *Motion*, p. 3. In addition, the plaintiff accuses the district judge and me of issuing prejudicial orders, showing hostility, and conspiring with prison officials.

I will not tolerate the plaintiff's contumacious language and conduct. Consequently, the Motion is stricken. Moreover, I note that the Motion is utterly frivolous, and that the plaintiff has a history of filing frivolous motions. *Order issued March 30, 2005*; *Order issued May 26, 2005*. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing frivolous motions and motions containing contumacious language. Failure to comply with this Order may result in dismissal of this case without further notice.

Dated December 1, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge