IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

    Plaintiff,

v.

LEE GREEN, et al.,

    Defendants.

_____

ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
_____

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, that the plaintiff's motion, filed October 21, 2005, be stricken because he had previously filed the same motion on October 13, 2005.  Plaintiff objects claiming that he simply forwarded required multiple copies and was not responsible for potential different filings of the same document.

    A review of the docket sheet indicates that the same motion for preliminary injunction was indeed filed on October 13, 2005 (docket no. 388) and October 21, 2005 (docket no. 393).  The only apparent difference is that docket no. 393 also contains various exhibits.  Docket no. 394 adds additional exhibits.

    Magistrate Judge Boland is correct that only one copy of the motion should be allowed and I therefore accept his recommendation in part.  Because the later filing of the motion (docket no. 93) submitted exhibits and the earlier did not, I will strike the

October 13, 2005 motion (docket no. 388).

Accordingly, Magistrate Judge Boyd N. Boland's recommendation to strike the motion for preliminary injunction is accepted as modified herein and it is ordered that the motion for preliminary injunction filed October 13, 2005 (docket no. 388) is stricken.

DATED at Denver, Colorado, on December 20, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge