IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

    Plaintiff,

v.

LEE GREEN, et al.,

    Defendants.

_____

ORDER ON MOTION TO STRIKE AND FOR SANCTIONS
_____

    This matter is before me on the plaintiff's motion for an order striking defendants' objections to the recommendation of Magistrate Judge Boland on September 9, 2005 and for monetary sanctions pursuant to 28 U.S.C. § 1927.

    Plaintiff moves to strike defendants' objections for the principal reason that he disagrees with defendants' arguments concerning collateral estoppel. As I have previously noted, defendants objections were otherwise timely filed and disagreement with legal argument is not sufficient grounds for striking a document. A timely objection, even if legally wrong, is not subject to being stricken pursuant to Fed. R. Civ. P. 12(f) as redundant, immaterial, impertinent or scandalous. Accordingly, the motion should be denied.

    Plaintiff also seeks attorney fees under § 1927. Although I concluded defendants were in error to argue collateral estoppel, I do not find that such argument

was unreasonable or vexatious so as to trigger attorney fees or costs liability under

§ 1927.

    Accordingly, the plaintiff's motion is denied.

    DATED at Denver, Colorado, on December 21, 2005.

                                       BY THE COURT:

                            /s/ Walker D. Miller
                            United States District Judge