IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 95-cv-02242-WDM-BNB

FERNANDO BUSTILLO,

     Plaintiff,

v.

LEE GREEN, et al.,

     Defendants.

---

## ORDER

---

Miller, J.

By Order dated August 26, 2005, as amended by an Order dated August 29,
2005, I directed the U.S. Marshal to serve a subpoena on the U.S. Bureau of Prisons
seeking information on the whereabouts of defendants B. Lanisch and M. Linen.  On
December 22, 2005, after receiving no response to the subpoena, I ordered the
Bureau of Prisons to show cause why they should not be held in contempt for failing
to respond.

I now have before me the Bureau's response to the order to show cause with
an attached declaration from Benjamin J. Brieschke explaining the oversight.  These
documents also inform me that the Bureau of Prisons has provided contact
information for defendant B. Lanich (Plaintiff apparently misspelled his last name
Lanisch), to the U.S. Marshal's Service, but has been unable to locate contact
information for defendant M. Linen.

Based on the complete history of this case, I find that the U.S. Marshals Service and the Bureau of Prisons have made reasonable—but unsuccessful—efforts to locate M. Linen and that good cause to extend the time for service under Fed. R. Civ. P. 4(m) does not exist.  *See Graham v. Satkoski*, 51 F.3d 710, 713 (7th Cir. 1995).

Accordingly, it is ordered:

1.     Plaintiff's claims against defendant Linen are dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), for failure to serve.

2.     If appropriate, the United States Marshal shall attempt to obtain a waiver of service from defendant Lanich pursuant to Fed. R. Civ. P. 4(d).

3.     If unable to obtain a waiver, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon defendant Lanich.

4.     All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, on January 25, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge